ERIC D. HOUSER (SBN 130079)
GEOFFREY C. BRETHEN (SBN 259873)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone:  (949) 679-1111
Facsimile:  (949) 679-1112
Email: gbrethen@houser-law.com

Priority ____
Send ____
Enter ____
Closed ____
JS-5/(S-6) ✗
JS-2/JS-3 ____
Scan Only ____

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 14 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Defendants
HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS
OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-
ASAP1, ASSET BACKED PASS-THROUGH CERTIFICATES (erroneously
sued herein as HSBC BANK USA, NA as trustees for the registered holders of
Ace Securities Corp., Home Equity Loan Trust) and OCWEN LOAN
SERVICING, LLC, (erroneously sued herein as Ocwen)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOSE YEPEZ, SYLVIA YEPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Bank USA, NA, as trustees for the registered holders of Ace Securities Corp., Home Equity Loan Trust, OCWEN, and all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto, and DOES I-X Inclusive,<br><br>Defendants. | Case No.: 8:09-cv-00229-CJC-CT<br><br>**JUDGMENT OF DISMISSAL;** ORDER THEREON.<br><br>Hon. Cormac J. Carney |

It appearing form the files and records of this action that Defendants HSBC Bank USA, N.A., As Trustee For The Registered Holders Of Ace Securities Corp.

---

JUDGMENT OF DISMISSAL
1

Home Equity Loan Trust, Series 2005-Asap1, Asset Backed Pass-Through Certificates ("HSBC Bank, as Trustee") and Ocwen Loan Servicing, LLC's ("Ocwen") (collectively "Defendants") Motion to Dismiss was granted with twenty (20) days leave to amend on April 16, 2009. Pursuant to the April 16, 2009 order, Plaintiffs had until May 7, 2009 to file an amended complaint. As of May 11, 2009, Plaintiffs have failed to file an amended complaint. Now this Court, with good cause appearing, orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action is dismissed with prejudice.

**JUDGMENT IS SO ENTERED**

Dated: May 12, 2009          BY THE COURT:

_____
Cormac J. Carney
United States District Court Judge